STATE OF OREGON,
*Appellant,*

*v.*

JERRY LEE FLEETWOOD,
*Respondent.*

(CR92167; CA A77709)

872 P2d 998

Janie M. Burcart, Assistant Attorney General, argued the cause for appellant. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Louis R. Miles, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

Before Warren, Presiding Judge, and Edmonds and Haselton, Judges.

PER CURIAM

Reversed and remanded. *State v. Bass*, 126 Or App 303, 868 P2d 761 (1994).